# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER WEINHOLTZ, *on behalf of all those similarly situated*,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RARI NUTRITION LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No. 22-cv-1255-MMA (JLB)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES PENDING FINALIZATION OF SETTLEMENT**<br><br>[Doc. No. 3] |

　　Before the Court is Plaintiff Silver Weinholtz's unopposed motion to stay all deadlines in this action pending finalization of a settlement. Doc. No. 3. Upon due consideration, and good cause appearing, the Court **GRANTS** the motion. Accordingly, the Court **STAYS** this action for ninety (90) days, through **December 28, 2022**.

　　**IT IS SO ORDERED**.

Dated:  September 30, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　United States District Judge